Jonathan JOHNSON, Plaintiff–
Appellant,

v.

Sergeant HANNAH, Sgt. Frost, Several
Unknowns, Coleman, C.O. Jayne,
Defendants–Appellees,

C.O. R. Vanness; Supt. Michael P.
McGinnis; C.O. Gleason; Commis-
sioner Glenn S. Goord; Lucien J. Le-
Claire, Jr.; Lt. Donhue; C.O. L. Rice;

Sgt. Weltzer; Capt. W.E. Wilcox; Of-
ficer Shumaker; Sergeant Mackay;
Correction Counselor Anthony J. Car-
ozzoni, Defendants.

No. 06–1619–pr.

United States Court of Appeals,
Second Circuit.

Feb. 23, 2007.

Jonathan Johnson, Pro se, for plaintiff-
appellant.

Julie M. Sheridan (of counsel) and An-
drea Oser, Assistant Solicitors General, for
Eliot Spitzer, Attorney General of New
York, for defendants-appellees.

PRESENT: Hon. WALKER, Hon.
GUIDO CALABRESI, Circuit Judges,
Hon. DENISE COTE, District Judge.*

## SUMMARY ORDER

Plaintiff-appellant Jonathan Johnson
*pro se* appeals the district court's grant
of summary judgment against his Amend-
ed Complaint, which was brought under
42 U.S.C. § 1983 against defendants-ap-
pellees Correction Officer Coleman, Cor-
rection Officer Jayne, Sergeant Frost,
Sergeant Hannah, and several unknown
defendants-appellees. *Johnson v. Han-
nah*, 421 F.Supp.2d 604 (W.D.N.Y.2006).
We presume the parties' familiarity with
the facts, the procedural history, and the
scope of the issues presented on appeal.

---

* The Honorable Denise Cote, of the United
States District Court for the Southern District
of New York, sitting by designation.

We review the district court's grant of summary judgment *de novo. State St. Bank & Trust Co. v. Salovaara,* 326 F.3d 130, 135 (2d Cir.2003). A dispute regarding a material fact is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Stuart v. Am. Cyanamid Co.,* 158 F.3d 622, 626 (2d Cir.1998) (quoting *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986)).

We affirm for substantially the reasons given by the district court in its opinion. We have carefully considered all of Johnson's arguments and find them to be without merit. The judgment of the district court is therefore **AFFIRMED.**